1022

[No. 65819-1-I.   Division One.   February 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ABRAM MICHAEL VELIZ, *Appellant*.

*Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Ellington, JJ.

[No. 65943-0-I.   Division One.   February 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJAH K. VINCENT, *Appellant*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Spearman, J.

[No. 66207-4-I.   Division One.   February 13, 2012.]

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., *Respondent*, v. TROIANI SEATTLE, LLC, ET AL., *Appellants*.

*Reversed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 66213-9-I.   Division One.   February 13, 2012.]

*In the Matter of the Marriage of* IRENE C. BUBERNAK, *Appellant*, and THOMAS GIRAULT BUBERNAK, *Respondent*.

*Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Lau, JJ.